UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:08-CR-104 CAS |
| MICHAEL CRABTREE, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the government's motion to dismiss the indictment. For the reasons stated in the motion, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the government's motion to dismiss the indictment is **GRANTED**. [Doc. 19]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 30th day of June, 2008.